EAST RIVER SAVINGS BANK, Plaintiff, *v.* FEE SIMPLE ESTATES,
INC., Appellant, Impleaded with Others.
HARRY GILDIN, Appellant; FRANCIS L. VALENTE, as Receiver, etc.,
Respondent.

Submitted October 29, 1942; decided December 3, 1942.

*Sidney Leichter* and *Abraham Leichter* for appellant.

*Robert W. Bernard* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.